UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **TRACKTHINGS LLC,** | |
| **Plaintiff,** | Case No. 6:23-cv-00133-ADA |
| **v.** | **JURY TRIAL DEMANDED** |
| **AMAZON.COM SERVICES LLC, and EERO LLC,** | |
| **Defendants.** | |

## JOINT MOTION FOR ENTRY OF A PARTIALLY OPPOSED SCHEDULING ORDER

Plaintiff TrackThings LLC ("Plaintiff" or "TrackThings") and Defendants Amazon.com Services LLC, and eero LLC. ("Defendants," or "Amazon") respectfully submit this Joint Motion for Entry of a Partially Opposed Scheduling Order. Where there is a dispute, the parties have agreed to submit competing proposals for the Court's consideration.

## I.    TRACKTHINGS' POSITION

This is the second case between TrackThings and Defendants involving the same patents-in-suit and asserted claims (see Civil Action No. 6:21-cv-00720, "the Prior Action"). The parties have agreed that this case can largely pick up where the Prior Action left off, following a short period of supplemental fact discovery, which the parties agree should close on February 2, 2024. TrackThings has proposed a schedule with a cadence that exactly tracks the Court's Standing Order Governing Proceedings (OGP) for Patent Cases for all subsequent deadlines through a July 8, 2024 trial.

Amazon's schedule deviates significantly from the OGP, with a proposed trial in November and with interim deadlines also delayed purportedly because of various conflicts that

1

either Amazon or its counsel may have, many of which appear to be speculative or for cases without a set trial date. TrackThings appreciates that conflicts may arise for both parties and in fact offered four different proposals to Amazon—with trial dates ranging over a two-month period—all to help Amazon avoid its conflicts. But Amazon rejected these proposals and has insisted on a four-month black-out period, with a trial in November. That Amazon or its counsel may have conflicts later does not justify delaying the schedule by four months now. This case and schedule should proceed in the ordinary OGP course, and the parties will continue to work together to address any actual conflicts if and when they arise—an efficient and fair approach for all parties.

## II.    AMAZON'S POSITION

The parties had agreed in principle to a proposed case schedule through July 5, 2024.  The parties disagreed only on the trial date, and the pre-trial deadlines that followed from that.  But TrackThings, without warning, reneged on its agreement, and now proposes an unworkable schedule that materially conflicts with scheduling orders and trial settings in other cases involving Amazon and its lead and local counsel.  Indeed, Amazon and its counsel have trials scheduled in July, August, September, and October, 2024, making trial in this case before November 2024 extremely difficult.

The schedule in this matter has been suspended for several months.  First, the Court dismissed TrackThings' earlier case against Amazon after TrackThings produced evidence—eighteen months into the case—that it did not own the patents it asserted.  TrackThings then filed this case in February 2023, immediately following the hearing on Amazon's motion to dismiss for lack of standing.  (Dkt. 1.)  On April 7, 2023, Amazon moved to dismiss for lack of venue and failure to state a claim and to transfer.  (Dkt. 31.)  The Court denied transfer on November 6, 2023 (Dkt. 59) but TrackThings agreed to dismiss the Amazon parent company, Amazon.com, Inc., (Dkt. 45 at 6) and amended its complaint accordingly (Dkt. 46).  While all this occurred, numerous

other cases involving Amazon and its counsel have progressed and set case schedules resulting in the conflicts described below.

TrackThings proposes to disregard these conflicts, assuming, presumably, that schedules will change and trial dates in other matters will move. While that is of course possible, these conflicts are not speculative and Amazon cannot simply assume that other courts will modify scheduling orders. In particular, TrackThings' proposed trial date directly conflicts with at least one existing scheduling order and trial, before the Honorable Judge Ellis of the United States District Court for the Eastern District of Virginia. *See Dialect, LLC v. Amazon.com, Inc.* E.D. Va. No. 1:23-cv-0581 (TSE/LRV), Dkts. 74 (setting June 13, 2024 final pretrial conference), 60 (trial date "will be set for a date certain, within 2–8 weeks of the final pretrial conference"). TrackThings' proposed July 8 trial date falls within the date range where Judge Ellis intends to set trial. Setting trial in this case for July 8 would require Amazon and its counsel to prepare for two complex patent trials in district courts across the country, conducting two trials within the same calendar month. TrackThings' proposed June 14 pretrial conference would also require counsel to conduct pretrial conferences on consecutive days in separate districts. And Amazon's trial counsel in this case, Deron Dacus, is scheduled to conduct a trial starting on July 15 in Marshall before the Honorable Judge Schroeder of the United States District Court for the Eastern District of Texas in *Lightguide, Inc. v. Amazon.com, Inc.*, No. 2:22-cv-RWS-RSP.

After July 2024, Amazon and its attorneys currently have patent trials before this Court set to begin in August, September, and October, all of which, like this case, will command extensive preparation and resources:

- Mr. Dacus is scheduled to begin trial on August 19 in *Voip-Pal.com, Inc. v. Verizon Commc'ns, Inc.*, W.D. Tex. No. 6:21-cv-672-ADA);

- Amazon's lead trial counsel, J. David Hadden and Saina Shamilov, as well as Mr. Dacus, are scheduled to being trial on August 26 in *Lashify, Inc. v. Qingdao Hollyren Cosmetics Co., Ltd.*, W.D. Tex. Nos. 6:22-cv-00776, 00777-ADA-DTG;

- Amazon and its lead trial counsel are scheduled to begin trial on September 23 in *Zentian Ltd. v. Amazon.com, Inc.*, W.D. Tex. No. 6:22-cv-00123-ADA; and

- Amazon and its lead trial counsel are scheduled to begin trial on October 9 in *MONKEYmedia, Inc. v. Amazon.com, Inc.*, W.D. Tex. No. 1:20-cv-00010-ADA.

Amazon's proposal makes use of the time between pretrial disclosures and filings to allow the parties to narrow the issues for the pretrial conference and for trial.  Given its existing court-ordered obligations, Amazon respectfully requests that the Court set this case for trial on November 4, 2024 (or as soon thereafter as practicable) and enter Amazon's proposed schedule.

## III.   SCHEDULING PROPOSALS

| Event | TrackThings' Proposal | Amazon's Proposal |
|---|---|---|
| Updated Infringement Contentions. | December 22, 2023 | |
| Updated Invalidity Contentions. | January 19, 2024 | |
| Close of Supplemental Fact Discovery. | February 2, 2024 | |
| Opening Expert Reports. | February 9, 2024 | February 23, 2024 |
| Rebuttal Expert Reports. | March 8, 2024 | March 22, 2024 |
| Close of Expert Discovery. | March 29, 2024 | April 12, 2024 |
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | April 5, 2024 | April 26, 2024 |
| Dispositive motion deadline and *Daubert* motion deadline. | April 12, 2024 | May 3, 2024 |

| Event | TrackThings' Proposal | Amazon's Proposal |
|---|---|---|
| Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | April 26, 2024 | May 31, 2024 |
| Parties to jointly email the Court's law clerk (*See* OGP at 15) to confirm their pretrial conference and trial dates. | May 13, 2024 | September 9, 2024 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | May 10, 2024 | June 14, 2024 |
| Serve objections to rebuttal disclosures; file Motions *in limine*. | May 17, 2024 | June 21, 2024 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | May 24, 2024 | September 6, 2024 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. Deadline to file replies to motions *in limine*. | May 31, 2024 | July 5, 2024 |
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | June 7, 2024 | October 4, 2024 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | June 11, 2024 | October 15, 2024 |
| Final Pretrial Conference. Held in person unless otherwise requested. | June 14, 2024 (or as soon as practicable) | October 18, 2024 (or as soon as practicable) |

| Event | TrackThings' Proposal | Amazon's Proposal |
|---|---|---|
| Jury Selection/Trial. | July 8, 2024 (or as soon as practicable) | November 4, 2024 (or as soon as practicable) |

Dated: December 28, 2023

*/s/ Melissa R. Smith*

Melissa R Smith
**GILLAM AND SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Andrew T. Gorham
**GILLAM AND SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Tel: (903) 934-8450
Fax: (903) 934-9257
Email: tom@gillamsmithlaw.com

Timothy K. Gilman *(Pro Hac Vice)*
Christopher M. Gerson *(Pro Hac Vice)*
Ryan J. Singer *(Pro Hac Vice)*
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Telephone (212) 756-2000
Facsimile (212) 593-5955
Email: Tim.Gilman@srz.com
Email: Chris.Gerson@srz.com
Email: Ryan.Singer@srz.com

*Attorneys for Plaintiff TrackThings LLC*

*/s/ Eric B. Young*

Deron R. Dacus (TX Bar #00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705−1117
Fax: (903) 581−2543
Email: ddacus@dacusfirm.com

J. David Hadden, CSB No. 176148
(Admitted W.D. Tex.)
Saina S. Shamilov, CSB No. 215636
(Admitted W.D. Tex.)
Ravi R. Ranganath, CSB 272981
(Admitted W.D. Tex.)
Vigen Salmastlian, CSB No. 276846
(Admitted W.D. Tex.)
Donna Long, CSB No. 312520
(Admitted W.D. Tex.)
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500
Fax: (650) 938-5200
Email: dhadden@fenwick.com
Email: sshamilov@fenwick.com
Email: rranganath@fenwick.com
Email: vsalmastlian@fenwick.com
Email: dlong@fenwick.com

Eric B. Young, CSB No. 318754
(Admitted W.D. Tex.)
Min Wu, CSB 307512
(Admitted W.D. Tex.)
Gregory M. Sefian, CSB No. 341802
*(Pro Hac Vice)*
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94041
Tel: (415) 875−2300
Fax: (415) 281−1350

Email: eyoung@fenwick.com
Email: mwu@fenwick.com
Email: gsefian@fenwick.com

Daniel Ledesma, CSB No. 5564299
(Admitted W.D. Tex.)
**FENWICK & WEST LLP**
902 Broadway, 18th Floor
New York, NY 10010
Tel: (212) 430-2600
Fax: (650) 938-5200
Email: dledesma@fenwick.com

*Attorneys for Defendants Amazon.com Services LLC,
and eero LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 28, 2023, to all counsel of record via the Court's CM/ECF system.

/s/ Melissa R. Smith

Melissa R. Smith