**FILED**
October 11, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Jennifer Clark____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

TRACKTHINGS LLC §
§
vs. § NO: WA:23-CV-00133-ADA
§
AMAZON.COM, INC., AMAZON.COM §
SERVICES LLC, EERO LLC §

**JURY NOTE #1**

The foreperson is [redacted]

_____
FOREPERSON

RESPONSE:
DATE: 10/11/24    TIME: 1025 an

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE