UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TRACKTHINGS LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, and EERO LLC,<br><br>　　　　　Defendants. | Civil Action No. 6:23-cv-00133-ADA<br><br>**JURY TRIAL DEMANDED** |

**VERDICT FORM**

*[Signature]*
*Derek P. [illegible]*
*3:44 pm*
*10/11/2024*

**Instructions**: When answering the following questions and filling out this Jury Verdict Form, please follow the directions provided throughout the Form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

"TrackThings" means TrackThings LLC

"eero" means Amazon.com Services LLC and eero LLC

"'017 Patent" refers to U.S. Patent No. 9,642,017

"'442 Patent" refers to U.S. Patent No. 9,332,442

"'893 Patent" refers to U.S. Patent No. 10,107,893

The "Asserted Patents" collectively refer to the '017 Patent, '442 Patent and '893 Patent.

YOU CAN DELIBERATE ON AND ANSWER QUESTIONS 1 THROUGH 3 IN ANY ORDER AS LONG AS THE DECISION IS UNANIMOUS.

PLEASE DO NOT ANSWER QUESTION 4 UNLESS THE INSTRUCTIONS FOR THE QUESTION HAVE BEEN MET.

We, the jury, unanimously agree to the answers to the following questions and return them as our verdict in this case:

## I.  QUESTION 1: INFRINGEMENT

Has TrackThings proven, by a preponderance of the evidence, that eero has infringed the following claims of the Asserted Patents?

*Answer "Yes" or "No" for each claim.*

*"Yes" is a finding for **TrackThings**. "No" is a finding for **eero**.*

| '017 Patent | Yes | No |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 6 | | ✓ |

| '442 Patent | Yes | No |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 9 | | ✓ |
| Claim 15 | | ✓ |
| Claim 17 | | ✓ |

| '893 Patent | Yes | No |
|---|---|---|
| Claim 1 | | ✓ |

**PLEASE PROCEED TO QUESTION NO. 2.**

## II.     QUESTION 2: INVALIDITY

Has eero proven, by a clear and convincing evidence, that the following claims of the Asserted Patents are invalid?

*Answer "Yes" or "No" for each claim.*

*"Yes" is a finding for **eero**.  "No" is a finding for **TrackThings**.*

| '017 Patent | Yes | No |
|---|---|---|
| Claim 1 |  | ✓ |
| Claim 6 |  | ✓ |

| '893 Patent | Yes | No |
|---|---|---|
| Claim 1 |  | ✓ |

**PLEASE PROCEED TO QUESTION NO. 3.**

4

## III.  QUESTION 3: PATENT ELIGIBILITY

Did eero prove, by clear and convincing evidence, that, from a perspective of one of ordinary skill in the art, the following claims of the Asserted Patents only involved activities that were well-understood, routine, and conventional as of the effective filing date?

*Answer "Yes" or "No" for each claim.*

*"Yes" is a finding for eero. "No" is a finding for TrackThings.*

| '017 Patent | Yes | No |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 6 | | ✓ |

| '442 Patent | Yes | No |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 9 | | ✓ |
| Claim 15 | | ✓ |
| Claim 17 | | ✓ |

| '893 Patent | Yes | No |
|---|---|---|
| Claim 1 | | ✓ |

**IF YOU REACHED THIS POINT IN THE VERDICT FORM, YOU SHOULD HAVE ANSWERED QUESTIONS 1 THROUGH 3.**

**ONLY PROCEED TO QUESTION 4 IF, FOR AT LEAST ONE CLAIM IN QUESTION, YOU ANSWERED BOTH "YES" IN QUESTION 1 AND "NO" IN QUESTION 2 FOR THAT CLAIM. YOU SHOULD NOT CONSIDER QUESTION 3 IN MAKING THIS DECISION. IN OTHER WORDS, ONLY ANSWER QUESTION 4 IF YOU FOUND ONE OR MORE OF THE CLAIMS BOTH INFRINGED (YES IN QUESTION 1) AND VALID (NO IN QUESTION 2).**

**IF YOU HAVE NOT FOUND ANY CLAIMS IN QUESTION BOTH INFRINGED AND VALID, THEN DO NOT ANSWER ANY FURTHER QUESTIONS. PROCEED TO THE LAST PAGE, HAVE YOUR JURY FOREPERSON SIGN AND DATE THIS VERDICT FORM, AND THEN DELIVER IT TO THE COURT SECURITY OFFICER.**

## IV. QUESTION 4A: DAMAGES

What is the amount of damages that you find TrackThings has proven, by a preponderance of the evidence, would compensate TrackThings for infringement of the claims that you have found are infringed and not invalid?

$ _____

### QUESTION 4B (IF APPLICABLE)

Did you calculate this number based on a running royalty or a one-time lump sum (please check only one)?

\_\_\_ Running Royalty

**OR**

\_\_\_ Lump sum

**PROCEED TO THE FINAL PAGE OF THE VERDICT FORM.**

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

Signed this 11th day of October, 2024

███████████████████████

Jury Foreperson

8